IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| JODY KNOLL and TIMOTHY KNOLL, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) Case No. |
| MURRAY BROS, LLC, JIMMIE DALE COX, and | ) |
| PIRAMAL GLASS-USA, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

NOW COMES the Defendants, JIMMIE DALE COX and MURRAY BROS, LLC, by Matthew S. Hefflefinger of HEYL, ROYSTER, VOELKER & ALLEN, their attorneys, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby file this Notice of Removal of the cause of action styled, *Jody Knoll and Timothy Knoll v. Murray Bros, L.L.C.; Jimmie Dale Cox; and Piramal Glass-USA, Inc.*, Case No. 2020 L 000063, originally filed and now pending in the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois, from said Circuit Court of the Seventh Judicial Circuit to the United States District Court for the Central District of Illinois, Springfield Division. In support of its Notice of Removal, Defendants state as follows:

1. Plaintiffs, Jody Knoll and Timothy Knoll, filed a Complaint against Murray Bros, LLC (hereinafter "Murray Bros") and Jimmie Dale Cox (hereinafter "Cox") on March 17, 2020 (Complaint at Law, attached hereto as "Ex. A").

2.      Pursuant to 28 U.S.C. §1446(b)(2)(A), all defendants have joined in the removal of this action.

3.      At the time this action was commenced and since then, Defendant Cox was and is a citizen of the State of Missouri. Defendant Murray Bros was and is a limited-liability company organized under the laws of the State of Missouri, in which all members thereof are citizens of the State of Missouri.

4.      Further, on information and belief, Defendant Piramal Glass-USA, Inc. was and is a corporation organized under the laws of the State of Delaware with its principal place of business in the State of New Jersey.

5.      On information and belief, Plaintiffs Jody Knoll and Timothy Knoll were and are citizens of the State of Illinois.

6.      Count I of Plaintiffs' Complaint asserts a claim of negligence by Plaintiff Jody Knoll against Defendants Murray Bros and Cox. (Ex. A at 1-3). Therein, Plaintiff Jody Knoll demands judgment against said Defendants "for a sum in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook [*sic*]. County, Illinois." (Ex. A. at 3).

7.      Count II of Plaintiffs' Complaint asserts a claim of negligence by Plaintiff Timothy Knoll against Defendants Murray Bros and Cox. (Ex. A at 3-5). Therein, Plaintiff Timothy Knoll demands judgement against said Defendants "for a sum in excess of the

minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook [*sic*] County, Illinois" [*sic*]. (Ex. A. at 4-5).

8. Count III of Plaintiffs' Complaint asserts a claim of negligence by Plaintiff Jody Knoll against Defendants Cox and Piramal Glass-USA, Inc. (hereinafter "Piramal"). (Ex. A at 5-6). Therein, Plaintiff Jody Knoll demands judgement against said Defendants "for a sum in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook [*sic*] County, Illinois" [*sic*]. (Ex. A at 6).

9. Lastly, Count IV of Plaintiffs' Complaint asserts a claim of negligence by Plaintiff Timothy Knoll against Defendants Cox and Piramal. (Ex. A at 6-8). Therein, Plaintiff Jody Knoll demands judgement against said Defendants "for a sum in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook [*sic*] County, Illinois" [*sic*]. (Ex. A at 8).

10. Notwithstanding the demand/prayer for relief asserted in each Count of Plaintiffs' Complaint, this Court may consider all facts relevant to the amount in controversy in this action at the time of this Notice of Removal. *See Meridian Sec. Ins. Co. v. Sadowski,* 441 F.3d 536, 541 (7th Cir. 2006). If the plaintiff, "the master of the complaint," provides little information about the value of the claims alleged, a good-faith estimate of the stakes is acceptable if it is plausible and supported by a preponderance of the evidence. *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006). "Once the defendant in a removal case has established the requisite amount in

controversy, the plaintiff can defeat jurisdiction only if it appears to a legal certainty that the claim is really for less than the jurisdictional amount." *Id.* at 511. In addition, if a plaintiff does not stipulate to damages of $75,000 or less, "the inference arises that he thinks his claim may be worth more." *Id.* at 512.

11. Per Plaintiffs' allegations, this is a personal injury case involving a collision occurring on Interstate 55 between vehicles operated by Cox, employed at all relevant times by Murray Bros, and Plaintiff Jody Knoll, in which Plaintiff Timothy Knoll was riding passenger. (Ex. A. at 1-2). Plaintiffs further allege that as a result of said collision, they have each "suffered damages of a personal, permanent, and pecuniary nature." (Ex. A. at 3, 4).

12. Per Plaintiffs' allegations alone, there is a preponderance of the evidence that that the amount in controversy in this cause, excluding interest and costs, exceeds $75,000. *See Kincaid v. Menard, Inc.,* 2014 U.S. Dist. LEXIS 60712 (N.D. Ill.) (finding by a preponderance of the evidence that the amount in controversy exceeded $75,000 where the plaintiff (1) alleged in the Complaint "serious and permanent injuries," "great pain and suffering," the expense of "great sums" of money, and an amount in controversy exceeding $50,000 in the prayer for relief, and (2) where the plaintiff did not file any affidavit or stipulation stating that she would not demand or accept any recovery in excess of $75,000).

13. Pursuant to 28 U.S.C. § 1332, there is complete diversity of the parties and the amount in controversy exceeds $75,000.00. Accordingly, this Court has original jurisdiction over this matter. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

14. This action is currently pending in the Circuit Court for the Seventh Judicial Circuit, Sangamon County, Illinois. Pursuant to 28 U.S.C. 1441(a), removal to the United States District Court for the Central District of Illinois, Springfield Division, is proper.

15. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders that have been served upon Defendants in the removed case are attached to this Notice of Removal. The Complaint and Summons have been attached as Exhibit A.

16. Defendant will provide written notice hereof to all adverse parties and file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Seventh Judicial Circuit as required under 28 U.S.C. § 1446(d).

**DEFENDANT DEMANDS TRIAL BY JURY.**

MURRAY BROS, LLC. and JIMMIE DALE COX

BY:     /s/ Matthew S. Hefflefinger
HEYL, ROYSTER, VOELKER & ALLEN
Matthew S. Hefflefinger
ARDC #6201281

5

**CERTIFICATE OF FILING AND PROOF OF SERVICE**

I hereby certify that May 21, 2020, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system and have sent notification of such filing to the following attorneys via e-mail:

Michael K. Demetrio
Corboy & Demetrio, PC
33 N. Dearborn Street, 21st Floor
Chicago, IL  60602
ccfiling@corboydemetrio.com
*Attorneys for Plaintiffs*

Richard D. Frazier
Cherry, Frazier & Sabin, LLC
1 W. Old State Capitol Plaza, Suite 800
Springfield, IL  62701
frazier@springfieldlawfirm.com
*Attorneys for Plaintiffs*

M. Tucker Blaser
BROWN & JAMES, P.C.
Richland Plaza I
525 W. Main St., Ste. 200
Belleville, Illinois 62220-1547
tblaser@bjpc.com
*Attorneys for Defendants, Piramal Glass-USA, Inc.*

Under penalties as provided by law pursuant to section 1-109 of the Illinois Code of Civil Procedure [735 ILCS 5/1-109], I certify that the statements set forth in this Certificate of Filing and Proof of Service are true and correct, except as to matters therein stated to be on information and believe and as to such matters I certify as aforesaid that I verily believe the same to be true.

/s/____Diane C. Fair____

HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Blvd.
P.O. Box 6199
Peoria, IL 61601-6199
Telephone: 309.676.0400
Facsimile: 309.676.3374
peoecf@heylroyster.com
rlinder@heylroyster.com
dfair@heylroyster.com
mhefflefinger@heylroyster.com
clsmith@heylroyster.com

2439-13
DMT/dcf
37889636_1