# EXHIBIT A

EFILED
3/17/2020 4:14 PM
Paul Palazzolo
7th Judicial Circuit
Sangamon County, IL

#02329    MKD\sg                                                                        2018N-0079

## IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
## SANGAMON COUNTY, ILLINOIS

| | |
|---|---|
| JODY KNOLL and TIMOTHY KNOLL,<br><br>Plaintiffs,<br><br>v.<br><br>MURRAY BROS, L.L.C.; JIMMIE DALE COX; and PIRAMAL GLASS-USA, INC.,<br><br>Defendants. | No. 2020L 000063<br><br>**PLAINTIFFS DEMAND TRIAL BY JURY** |

### COMPLAINT AT LAW

Plaintiffs, JODY KNOLL and TIMOTHY KNOLL, by and through their attorneys, CORBOY & DEMETRIO, P.C., complaining of Defendants, MURRAY BROS, L.L.C. (MURRAY); JIMMIE DALE COX (COX); and PIRAMAL GLASS-USA, INC. (PIRAMAL), state as follows:

### COUNT I

**Negligence/Murray and Cox - Jody Knoll**

1. On and before April 29, 2018, Interstate 55 was a public highway generally running in a north/south direction at or near milepost 102 in the State of Illinois.

2. On April 29, 2018 at approximately 5:34 p.m., MURRAY, by and through its agent and/or employee, COX, owned, operated, managed, maintained and controlled a 2014 Peterbilt truck heading in a northbound direction on Interstate 55 at or near milepost 102.

3. At the aforesaid time and place, Plaintiff, JODY KNOLL, was a passenger in a motor vehicle driven by Timothy Knoll northbound on I-55 which was stopped and/or slowed in

traffic.

4. At the time and place aforesaid, the 2014 Peterbilt truck owned, operated, maintained, managed, and controlled by MURRAY and COX, and each of them, collided with the rear of the vehicle driven by Timothy Knoll.

5. At the aforesaid time and place, defendants, MURRAY and COX, and each of them, in violation of the legal duties owed by them to plaintiff, were negligent in one or more of the following respects:

  (a) Failed to exercise ordinary care in the operation of a commercial motor vehicle to avoid a collision;

  (b) Failed to exercise ordinary care in the operation of a commercial motor vehicle to avoid placing others in danger;

  (c) Operated a commercial motor vehicle without keeping a proper and sufficient lookout;

  (d) Operated a commercial motor vehicle into a collision with a motor vehicle upon the roadway;

  (e) Proceeded at a speed with a commercial motor vehicle which was greater than reasonable and proper, in violation of ILCS 2015, Chapter 625, Section 5/11-601;

  (f) Failed to decrease speed of a commercial motor vehicle so as to avoid colliding with another vehicle, in violation of ILCS 2015, Chapter 625, Section 5/11-601;

  (g) Failed to maintain a commercial motor vehicle entirely within its own lane of traffic, in violation of ILCS 2015, Chapter 625, Section 5/11-709;

  (h) Failed to equip said vehicle with adequate brakes, in violation of ILCS 2015, Chapter 625, Section 5/12-301; and

  (i) Failed to give audible warning with the horn of the commercial motor vehicle when such warning was reasonably necessary to ensure safety, in violation of ILCS 2015, Chapter 625, Section 5/12-601.

6. As a proximate result of one or more of the aforementioned negligent acts and/or omissions, Plaintiff, JODY KNOLL, suffered damages of a personal, permanent and pecuniary nature.

WHEREFORE Plaintiff, JODY KNOLL, demands judgment against Defendants, MURRAY BROS, L.L.C. and JIMMIE DALE COX, and each of them, for a sum in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT II

### Negligence/Murray and Cox - Timothy Knoll

1. On and before April 29, 2018, Interstate 55 was a public highway generally running in a north/south direction at or near milepost 102 in the State of Illinois.

2. On April 29, 2018 at approximately 5:34 p.m., MURRAY, by and through its agent and/or employee, COX, owned, operated, managed, maintained and controlled a 2014 Peterbilt truck heading in a northbound direction on Interstate 55 at or near milepost 102.

3. At the aforesaid time and place, plaintiff, TIMOTHY KNOLL, was operating a motor vehicle northbound on I-55 which was stopped and/or slowed in traffic.

4. At the time and place aforesaid, the 2014 Peterbilt truck owned, operated, maintained, managed, and controlled by MURRAY and COX, and each of them, collided with the rear of plaintiff's vehicle.

5. At the aforesaid time and place, defendants, MURRAY and COX, and each of them, in violation of the legal duties owed by them to plaintiff, were negligent in one or more of the following respects:

(a) Failed to exercise ordinary care in the operation of a commercial motor vehicle to avoid a collision;

(b) Failed to exercise ordinary care in the operation of a commercial motor vehicle to avoid placing others in danger;

(c) Operated a commercial motor vehicle without keeping a proper and sufficient lookout;

(d) Operated a commercial motor vehicle into a collision with a motor vehicle upon the roadway;

(e) Proceeded at a speed with a commercial motor vehicle which was greater than reasonable and proper, in violation of ILCS, 2015, Chapter 625, Section 5/11-601;

(f) Failed to decrease speed of a commercial motor vehicle so as to avoid colliding with another vehicle, in violation of ILCS 2015, Chapter 625, Section 5/11-601;

(g) Failed to maintain a commercial motor vehicle entirely within its own lane of traffic, in violation of ILCS 2015, Chapter 625, Section 5/11-709;

(h) Failed to equip said vehicle with adequate brakes, in violation of ILCS 2015, Chapter 625, Section 5/12-301; and

(i) Failed to give audible warning with the horn of the commercial motor vehicle when such warning was reasonably necessary to ensure safety, in violation of ILCS 2015, Chapter 625, Section 5/12-601.

6. As a proximate result of one or more of the aforementioned negligent acts and/or omissions, Plaintiff, TIMOTHY KNOLL, suffered damages of a personal, permanent and pecuniary nature.

WHEREFORE Plaintiff, TIMOTHY KNOLL, demands judgment against Defendants, MURRAY BROS, L.L.C. and JIMMIE DALE COX, and each of them, for a sum in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook

County, Illinois.

## COUNT III

**Negligence/Piramal and Cox - Jody Knoll**

1. On and before April 29, 2018, Interstate 55 was a public highway generally running in a north/south direction at or near milepost 102 in the State of Illinois.

2. On April 29, 2018 at approximately 5:34 p.m., PIRAMAL, by and through its agent and/or employee, COX, owned, operated, managed, maintained and controlled a 2014 Peterbilt truck heading in a northbound direction on Interstate 55 at or near milepost 102.

3. At the aforesaid time and place, plaintiff, JODY KNOLL, was a passenger in a motor vehicle driven by Timothy Knoll northbound on I-55 which was stopped and/or slowed in traffic.

4. At the time and place aforesaid, the 2014 Peterbilt truck owned, operated, maintained, managed, and controlled by PIRAMAL and COX, and each of them, collided with the rear of the vehicle driven by Timothy Knoll.

5. At the aforesaid time and place, defendants, PIRAMAL and COX, and each of them, in violation of the legal duties owed by them to plaintiff, were negligent in one or more of the following respects:

    (a) Failed to exercise ordinary care in the operation of a commercial motor vehicle to avoid a collision;

    (b) Failed to exercise ordinary care in the operation of a commercial motor vehicle to avoid placing others in danger;

    (c) Operated a commercial motor vehicle without keeping a proper and sufficient lookout;

    (d)    Operated a commercial motor vehicle into a collision with a motor vehicle upon the roadway;

    (e)    Proceeded at a speed with a commercial motor vehicle which was greater than reasonable and proper, in violation of ILCS 2015, Chapter 625, Section 5/11-601;

    (f)    Failed to decrease speed of a commercial motor vehicle so as to avoid colliding with another vehicle, in violation of ILCS 2015, Chapter 625, Section 5/11-601;

    (g)    Failed to maintain a commercial motor vehicle entirely within its own lane of traffic, in violation of ILCS 2015, Chapter 625, Section 5/11-709;

    (h)    Failed to equip said vehicle with adequate brakes, in violation of ILCS 2015, Chapter 625, Section 5/12-301; and

    (i)    Failed to give audible warning with the horn of the commercial motor vehicle when such warning was reasonably necessary to ensure safety, in violation of ILCS 2015, Chapter 625, Section 5/12-601.

6.    As a proximate result of one or more of the aforementioned negligent acts and/or omissions, Plaintiff, JODY KNOLL, suffered damages of a personal, permanent and pecuniary nature.

WHEREFORE Plaintiff, JODY KNOLL, demands judgment against Defendants, PIRAMAL GLASS-USA, INC. and JIMMIE DALE COX, and each of them, for a sum in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT IV

**Negligence/Murray and Cox - Timothy Knoll**

1.    On and before April 29, 2018, Interstate 55 was a public highway generally running in a north/south direction at or near milepost 102 in the State of Illinois.

2.  On April 29, 2018 at approximately 5:34 p.m., PIRAMAL, by and through its agent and/or employee, COX, owned, operated, managed, maintained and controlled a 2014 Peterbilt truck heading in a northbound direction on Interstate 55 at or near milepost 102. 3. At the aforesaid time and place, Plaintiff, TIMOTHY KNOLL, was operating a motor vehicle northbound on I-55 which was stopped and/or slowed in traffic.

4.  At the time and place aforesaid, the 2014 Peterbilt truck owned, operated, maintained, managed, and controlled by PIRAMAL and COX, and each of them, collided with the rear of plaintiff's vehicle.

5.  At the aforesaid time and place, defendants, PIRAMAL and COX, and each of them, in violation of the legal duties owed by them to plaintiff, were negligent in one or more of the following respects:

    (a) Failed to exercise ordinary care in the operation of a commercial motor vehicle to avoid a collision;

    (b) Failed to exercise ordinary care in the operation of a commercial motor vehicle to avoid placing others in danger;

    (c) Operated a commercial motor vehicle without keeping a proper and sufficient lookout;

    (d) Operated a commercial motor vehicle into a collision with a motor vehicle upon the roadway;

    (e) Proceeded at a speed with a commercial motor vehicle which was greater than reasonable and proper, in violation of ILCS 2015, Chapter 625, Section 5/11-601;

    (f) Failed to decrease speed of a commercial motor vehicle so as to avoid colliding with another vehicle, in violation of ILCS 2015, Chapter 625, Section 5/11-601;

    (g) Failed to maintain a commercial motor vehicle entirely within its own lane

7

    of traffic, in violation of ILCS 2015, Chapter 625, Section 5/11-709;

  (h) Failed to equip said vehicle with adequate brakes, in violation of ILCS 2015, Chapter 625, Section 5/12-301; and

  (i) Failed to give audible warning with the horn of the commercial motor vehicle when such warning was reasonably necessary to ensure safety, in violation of ILCS 2015, Chapter 625, Section 5/12-601.

  6. As a proximate result of one or more of the aforementioned negligent acts and/or omissions, Plaintiff, TIMOTHY KNOLL, suffered damages of a personal, permanent and pecuniary nature.

  WHEREFORE, Plaintiff, TIMOTHY KNOLL, demands judgment against Defendants, PIRAMAL GLASS-USA, INC. and JIMMIE DALE COX, and each of them, for a sum in excess of the minimum amount required for jurisdiction in the Law Division of the Circuit Court of Cook County, Illinois.

                      Michael K. Demetrio

Michael K. Demetrio  
Corboy & Demetrio, P.C.  
Attorneys for Plaintiffs  
33 North Dearborn Street, 21st Floor  
Chicago, Illinois 60602  
(312) 346-3191  
Primary Email: ccfiling@corboydemetrio.com

Richard D. Frazier  
Cherry, Frazier & Sabin LLP  
1 W. Old State Capitol Plaza  
Suite 800  
Springfield, Illinois 62701  
(217) 753-4242